UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

HOWARD COHAN,

    Plaintiff,

v.

THE OLAMA CORPORATION a
Florida Profit Corporation d/b/a
GOLDEN CORRAL,

    Defendant.
_____/

Case No. 2:22-cv-14183-AMC

## JOINT NOTICE OF RESOLUTION

Plaintiff, Howard Cohan, and Defendant, The Olama Corporation, jointly notify the Court that the parties have reached an agreement in principle to resolve this action. The parties are completing a written settlement document, and plan to promptly file a Stipulation of Dismissal with Prejudice, with each party to bear their own attorneys' fees and costs, upon completion of the settlement.

Dated: December 16, 2022

Respectfully submitted,

| | |
|---|---|
| OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. | SCONZO LAW OFFICE, P.A. |
| /s/Sarah J. Kuehnel | /s/Gregory S. Sconzo |
| Sarah J. Kuehnel | Gregory S. Sconzo, |
| Florida Bar Number: 124765 | Florida Bar No. 0105553 |
| 100 North Tampa Street, Suite 3600 | 3825 PGA Boulevard, Suite 207 |
| Tampa, FL 33602 | Palm Beach Gardens, FL 33410 |
| Telephone: 813.2891247 | E-mail: greg@sconzolawoffice.com |
| Facsimile: 813.289.6530 | Tel: 561-729-0940 |
| sarah.kuehnel@ogletreedeakins.com | |
| ATTORNEY FOR DEFENDANT | ATTORNEY FOR PLAINTIFF |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on December 16, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                               *s\ Sarah J. Kuehnel*
                                                               Sarah J. Kuehnel

SCONZO LAW OFFICE, P.A.

/s/Gregory S. Sconzo
Gregory S. Sconzo,
Florida Bar No. 0105553
3825 PGA Boulevard, Suite 207
Palm Beach Gardens, FL 33410
E-mail: greg@sconzolawoffice.com
Tel: 561-729-0940

ATTORNEY FOR PLAINTIFF